UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

JONES BROS., INC.

    Plaintiff,                             CASE NO: 8:07-cv-1703-T-26EAJ

vs.

CH2M HILL, INC. and
SCOTT L. BEAR,

    Defendants
_____/

## ORDER TO STAY PROCEEDINGS PENDING MEDIATION

**CONSIDERING** the Joint Motion to Stay Proceedings filed jointly by Plaintiff, Jones Bros., Inc. and Defendants, CH2M Hill, Inc. and Scott L. Bear;

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings filed jointly by Plaintiff, Jones Bros., Inc. and Defendants, CH2M Hill, Inc. and Scott L. Bear (Dkt. 14) is hereby **GRANTED** as prayed for, and the entirety of these proceedings are hereby stayed pending mediation and/or negotiations between the parties; and

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Negotiation or Mediation and, if Necessary, Arbitration as filed by Defendants, CH2M Hill, Inc. and Scott L. Bear (Dkt. 11) is denied as moot.

The Clerk is directed to administratively close this case during the pendency of the stay.

**DONE AND ORDERED** on this 9th day of November, 2007, at Tampa, Florida.

                                                                _____
                                                                 RICHARD A. LAZZARA
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record