# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JONES BROS., INC.,

    Plaintiff,

v.                                                                 CASE NO: 8:07-cv-1703-T-26EAJ

CH2M HILL, INC. and SCOTT L. BEAR,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Strike (Dkt. 41) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Counsel for the parties shall confer *personally* within five (5) business days of this order in a good faith effort to resolve the issues raised in the motion. In the event counsel cannot do so and Plaintiff refiles the motion, the parties are put on notice that the Court will direct an expedited response and schedule an expedited hearing. Defendants' counsel shall be prepared to explain why they disclosed an additional expert when they clearly stated to Plaintiff's counsel in the June 2, 2009, e-mail that "[w]e will only have one expert, . . ." and why the amended expert disclosure was not made until almost two months after expert disclosures were due and on the day discovery concluded.

**DONE AND ORDERED** at Tampa， Florida, on August 5, 2009.

                                  s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record