# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JONES BROS., INC.,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-1703-T-26EAJ

CH2M HILL, INC., and SCOTT L. BEAR,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Plaintiff's Renewed Motion to Strike Designation of Regina M. Britton, as Expert Witness, or Alternatively Motion for Exclusion of Expert Testimony (Dkt. 52) is denied subject to the following directives.

2) The parties shall coordinate another deposition of Regina Britton to occur on or before September 25, 2009, at a location which is most cost effective for the parties and their attorneys.

3) Defendant shall produce to Plaintiff within five (5) business days prior to the deposition each and every document relied on by Regina Britton in arriving at her opinions even if those documents that have previously been produced to Plaintiff.

4) The costs of the deposition, including Plaintiff's reasonable attorney fees, shall be paid by Defendant.

5) Plaintiff shall file its response to Defendant's motion for partial summary judgment on or before September 25, 2009.

**DONE AND ORDERED** at Tampa, Florida, on September 4, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record