# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JONES BROS., INC.,

    Plaintiff,

v.                                                  CASE NO: 8:07-cv-1703-T-26EAJ

CH2M HILL, INC. and SCOTT L. BEAR,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Defendants' Motion to Strike (Dkt. 85) is denied.  The Court is in complete agreement with Plaintiff's position that Mr. Robert Gregory's September 25, 2009, report is in fact a true supplement to his initial report of April 24, 2009, which was necessitated by Defendants' belated disclosure of relevant information subsequent to the submission of the initial report.  The Court further determines that the opinions expressed in the September report do not contradict the opinions expressed in the April report but instead, as Plaintiff correctly contends, "narrows and refines the analysis with information obtained through discovery received subsequent to [the] April report."  Finally, the Court concludes that the September supplemental report was timely submitted pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Tampa, Florida, on October 8, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record